JS - 6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEXANDER PEGUES, | ) | **Case No. CV 09-3046-GAF** |
| | ) | |
| Plaintiff, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF CALIFORNIA; | ) | |
| CALIFORNIA DEPARTMENT | ) | |
| OF CORRECTIONS; | ) | |
| ZECK DURRANI and | ) | |
| DOES 1 THROUGH 10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This Court, having reviewed the moving papers and issued an Order on February 15, 2011, finding that the moving party is entitled to summary judgment as a matter of law;

IT IS ORDERED, ADJUDGED AND DECREED that Defendant's Motion For Summary Judgment having been granted in its entirety, that judgment is entered in favor of Defendant ZECK DURRANI, and against Plaintiff, and that Defendant may recover his costs of suit incurred herein from Plaintiff.

IT IS SO ORDERED.

DATED: March 2, 2011

_____
Judge Gary Allen Feess
United States District Court

1